PER CURIAM.

(No. 75-CC-479—

STANDARD STATIONERY SUPPLY CO., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL Health, Respondent.

*Opinion filed March 10, 1975.*

STANDARD STATIONERY SUPPLY CO., WILLIAM WILSON, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

386

PER CURIAM.